# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>DANSKE BANK A/S, )<br><br>Defendant. ) | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _2/14/2023_<br><br>Civil Action No. 7:22-cv-10509 |

## ORDER ESTABLISHING A FAIR FUND, APPOINTING A TAX ADMINISTRATOR, AND AUTHORIZING THE SEC TO APPROVE PAYMENT OF THE TAX OBLIGATIONS OF THE FAIR FUND AND THE RELATED FEES AND EXPENSES OF THE TAX ADMINISTRATOR WITHOUT FURTHER COURT ORDER

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission ("SEC") to establish a Fair Fund, appoint Miller Kaplan Arase LLP ("Miller Kaplan") as tax administrator ("Tax Administrator"), and authorize payment of the tax obligations and related fees and expenses of the Tax Administrator (the "Motion") and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. A Fair Fund ("Fair Fund") is established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002 [15 U.S.C. §7246(a)], for civil penalties collected in the captioned matter.  Any interest or earnings on the Fair Fund will be added to the Fair Fund to be used for the benefit of harmed investors.

3. Miller Kaplan shall be designated the Tax Administrator of the Fair Fund, pursuant to Section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related

regulations, and shall satisfy the administrative requirements imposed by those regulations,
including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable
federal, state, and local tax returns and paying taxes reported thereon out of the Fair Fund, and (c)
satisfying any information, reporting, or withholding requirements imposed on distributions from
the Fair Fund. Upon request, the Tax Administrator shall provide copies of any filings to the
SEC's counsel of record.

4.      The Tax Administrator shall, at such times as the Tax Administrator deems
necessary to fulfill the tax obligations of the Fair Fund, submit a request to the SEC's counsel of
record for payment from the Fair Fund of any tax obligations of the Fair Fund.

5.      The Tax Administrator shall be entitled to charge reasonable fees for tax
compliance services and related expenses in accordance with its agreement with the SEC for the
Tax Years 2022 through 2024. The Tax Administrator shall, at such times as the Tax
Administrator deems appropriate, submit a request to the SEC's counsel of record for payment of
fees and expenses from the Fair Fund.

6.      The SEC is authorized to approve and arrange payment of all tax obligations
owed by the Fair Fund and the fees and expenses of the Tax Administrator directly from the Fair
Fund without further approval of this Court. All payments for taxes and the fees and expenses of
the Tax Administrator shall be reported to the Court in a final accounting.


Dated: February 14, 2023
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE