UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2024

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>DANSKE BANK A/S,  )<br><br>Defendant.  ) | Civil Action No. 7:22-cv-10509 |

## ORDER APPOINTING A DISTRIBUTION AGENT AND AUTHORIZING THE SEC TO APPROVE PAYMENTS OF FEES AND EXPENSES OF DISTRIBUTION AGENT WITHOUT FURTHER COURT ORDER

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission ("Commission" or "SEC") to Appoint a Distribution Agent and Authorize the SEC to Approve Payments of Fees and Expenses of the Distribution Agent without Further Court Order (the "Motion") and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. RCB Fund Services LLC ("RFS") is appointed Distribution Agent for the Fair Fund to assist in overseeing the administration and the distribution plan to be approved by this Court. RFS shall coordinate with the Court-appointed Tax Administrator, Miller Kaplan Arase LLP, to ensure that the Fair Fund, a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code, and related regulations, 26 C.F.R. §§ 1.468B-1 through 5, complies with all related legal and regulatory requirements, including but not limited to, satisfying any reporting or withholding requirements imposed on distributions from the QSF.

RFS may be removed *sua sponte* at any time by the Court or upon motion of the Commission and replaced with a successor.  In the event RFS decides to resign, it will first give written notice to the Court and to the Commission's counsel of such intention, and the resignation, if permitted, will not be effective until the Court appoints a successor.

3. The Commission is authorized to approve and arrange payment of all fees and expenses of the Distribution Agent directly from the Fair Fund without further order of this Court.  All payments of the fees and expenses of the Distribution Agent shall be reported to the Court in a final accounting.

**IT IS SO ORDERED.**
White Plains, NY
Dated:  April 1, 2024

_____
United States District Court Judge

**Clerk of Court is requested to terminate the motion at ECF No. 15.**