IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>DANSKE BANK A/S,<br><br>     Defendant. | Case No. 7:22-CV-10509<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

  Pursuant to Rule 1.3(l) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Allison J.P. Moon hereby moves this Court for admission to practice *pro hac vice* to appear as counsel for plaintiff, the United States Securities and Exchange Commission, in the above-captioned action.

  I am in good standing of the bars of the State of Washington and the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration of the foregoing, pursuant to 28 U.S.C. § 1746.

Dated: May 15, 2025

                 Respectfully submitted,

                 */s/ Allison Moon*

                 Allison J.P. Moon
                 Securities and Exchange Commission
                 100 F Street NE
                 Washington, DC 20549
                 (202) 551-3015
                 moona@sec.gov

**CERTIFICATE OF SERVICE**

    I certify that on May 15, 2025, I caused a copy of the foregoing document to be filed with the Court's CM/ECF system, which will automatically send a copy of the document to all counsel of record.

_____
Allison J.P. Moon