USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>DANSKE BANK A/S,<br><br>                Defendant. | Case No. 7:22-CV-10509<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of Allison J.P. Moon for admission to practice *pro hac vice* in the captioned action is granted.

Applicant has declared that she is in good standing of the Bars of the State of Washington and the State of Utah, and that her contact information is as follows:

    Allison J.P. Moon
    U.S. Securities and Exchange Commission
    100 F Street NE
    Washington, DC 20549
    (202) 551-3015
    moona@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff, the United States Securities and Exchange Commission, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. The Clerk of Court is directed to terminate the motion at ECF No. 18.

**Dated: May 16, 2025**
**White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge